**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **BENJAMIN F. COLBERT,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 5:09-CV-90050(HL) |
| : | 28 U.S.C. § 2255 |
| **UNITED STATES OF AMERICA,** : | Case No. 5:07-CR-91(HL) |
| : | |
| Respondent. : | |
| : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 55) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 52). The R&R recommends denying the Motion. Petitioner did not file an objection. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 30th day of July, 2009.

*s/   Hugh Lawson*

**HUGH LAWSON, Judge**

dhc